

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
JENEAN D. NAPOLEAN,            :
                               :
           Plaintiff,          :
                               :
      - v. -                   :    STIPULATION AND ORDER
                               :        OF REMAND
MICHAEL J. ASTRUE,             :
Commissioner of                :    07 Civ. 07717 (JGK)
Social Security,               :
           Defendant.          :
                               :
- - - - - - - - - - - - - - - - - -x

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings.  The Clerk is directed to enter

judgment.  See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       November 28, 2007

                       CENTER FOR DISABILITY ADVOCACY
                       RIGHTS, ("CEDAR"), INC.
                       Attorneys for Plaintiff

By: _____     2/11/19
    CHRISTOPHER J. BOWES, ESQ.
    100 Lafayette Street
    Suite 304
    New York, New York  10013
    Telephone No. (212)979-0505

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for Defendant

By: _____
    SUSAN D. BAIRD
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York  10007
    Telephone No. (212) 637-2713

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2/13/08