ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212)637-2713
Fax: (212)637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
JENEAN D. NAPOLEAN,              :
                                 :
          Plaintiff,             :
                                 :   STIPULATION AND ORDER
                                 :
     -v -                        :   07 Civ. 7717 (JGK)
                                 :
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
          Defendant.             :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant shall pay plaintiff's counsel, Center for Disability Advocacy Rights, Inc., two thousand one hundred seventy-five dollars and ninety-three cents($2,175.93), in full satisfaction of any and all claims

for attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: New York, New York
       April 9, 2008

                CENTER FOR DISABILITY ADVOCACY
                  RIGHTS, INC.
                Attorneys for Plaintiff

By: _____
    CHRISTOPHER BOWES, ESQ.
    100 Lafayette Street, Suite 304
    New York, New York 10013
    Telephone No. (212) 979-0505

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for Defendant

By: _____
    SUSAN D. BAIRD
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone No. (212) 637-2713
    Susan.Baird@usdoj.gov

SO ORDERED:

_____
United States District Judge

4/24/08